

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2015

No. 04-15-00218-CV

David **GOAD,**
Appellant

v.

Eric **STREY** and Does 1 through 10,
Appellees

No. 04-15-00219-CV

David **GOAD,**
Appellant

v.

Jamie **OSBORNE**
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0392 and 2014-CV-0393
Robin V. Dwyer, Judge Presiding

## O R D E R

The Appellant's motion for free record is hereby GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court